# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EP FAMILY CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>YIWU XIANGYU TRADING CO., LTD., et al.,<br><br>Defendants. | Case No.: 2:22-cv-08192-JAK-SHKx<br><br>**PERMANENT INJUNCTION AND JUDGMENT**<br><br>**JS-6** |

    Default judgment has been entered in favor of Plaintiff EP Family Corp. ("Plaintiff") and against Defendants Chen Chun Xiao, Shanghai Dingshang Guoji Maoyi Co., Ltd., Shanghai Shangda Guoji Maoyi Co., Ltd., and Shanghai Shangyun Keji Co., Ltd. ("DJ Defendants"). Specifically, default judgment has been granted against DJ Defendants on Plaintiff's design patent infringement claims with respect to certain accused products, denied as to willfulness, and granted with respect to the request for a permanent injunction. Plaintiff's requests for a finding that this case is

1

exceptional and for attorney's fees and non-taxable costs under 35 U.S.C. § 285 was denied. Default judgment has been denied on Plaintiff's claims against Kimbora Trading Co., Ltd. and Shenzhen Lihe Trading Co., Ltd.

Plaintiff's request for monetary damages was denied without prejudice to renewal upon a sufficient evidentiary showing following damages discovery. Plaintiff now indicates it no longer intends to pursue its damages claim. Dkt. 29.

Consistent with the foregoing, the following **PERMANENT INJUNCTION AND JUDGMENT** is entered:

1. DJ Defendants have infringed Plaintiff's U.S. Patent D880,889;

2. DJ Defendants and their agents, servants, and employees, and all those in active concert or participation with them, shall be and hereby are ordered to immediately cease and are permanently enjoined from manufacturing, distributing, selling, advertising, and/or offering for sale products featuring designs that infringe upon the U.S. Patent D880,889 Patent, including the infringing products sold by Chen Chun Xiao under ASINs B098SM83RD, B09WCK8GJL, B094NYB9F5, and B099W9V852, Shanghai Dingshang Guoji Maoyi Co., Ltd. under ASINs B09NQNBNV1 and B09NQMYKTS, Shanghai Shangda Guoji Maoyi Co., Ltd. under ASINs B09BWQYNHC and B09BW7KB5R, and Shanghai Shangyun Keji Co., Ltd. under ASIN B09NQN85N4.

3. This Court will retain jurisdiction of this action for the purposes of enforcing the terms of this Permanent Injunction.

IT IS SO ORDERED.

Dated: August 29, 2023

JOHN A KRONSTADT
United States District Judge